AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
AUG 2 5 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>KILLIAN MACKEITHAN RYAN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:22-mj-1780-JG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/15/2020__ in the county of __Cumberland__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1001 | knowing and willing false statement |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

TYLER J. NEWMAN, FBI TFO
*Printed name and title*

On this day, **TYLER J. NEWMAN** appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: **25 AUGUST 2022**

_____
*Judge's signature*

City and state: Raleigh, NC

JAMES E. GATES
*Printed name and title*

Case 5:22-cr-00225-D-RN   Document 1   Filed 08/25/22   Page 1 of 7



IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, TYLER J. NEWMAN, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer (TFO) employed by Fayetteville Police Department and assigned to the Federal Bureau of Investigation Joint Terrorism Task Force (JTTF). I have been part of the task force since June 2020 and employed as a law enforcement officer since 2014. I am authorized to investigate crimes involving all violations of state law along with applicable federal law. Your affiant is currently assigned to the Charlotte Division, Fayetteville Resident Agency located in Fayetteville, NC. I am assigned to investigate matters involving domestic terrorism, including those laws relating to the federal violation below. I have conducted, as well as assisted other law enforcement officers with surveillance, search warrants, arrests and interviews of persons involved in a variety of both state and federal violations. your affiant successfully completed Basic Law Enforcement Training through the Fayetteville Police Department Training Division in 2014. After BLET I completed the required fourteen weeks training program with the patrol division. During my time with Fayetteville Police Department, I worked patrol before becoming an Aggravated Assault Detective. While assigned to the detective division I have led and assisted with investigations of violent crimes which have resulted in arrests and convictions. The type of violent crime which was investigated includes but was not limited to; 1st degree murder, attempted 1st degree murder, robbery, kidnapping, and assault with a deadly weapon inflicting serious injury.



2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on the facts as set forth in this affidavit, there is probable cause to believe that KILLIAN RYAN, date of birth February XX 20XX, knowingly made a false and material statement(s) in violation of 18 U.S.C. § 1001.

## APPLICABLE STATUTES

4. Title 18, U.S.C. Section 1001 makes it unlawful for any person, in any matter within the jurisdiction of the executive branch of the United States government, to knowingly and willfully make any materially false, fictitious, or fraudulent statement or representation; or make or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry

## PROBABLE CAUSE

5. On 05/15/2020, KILLIAN MACKEITHAN RYAN submitted Standard Form 86, SF86. SF86 is the application for a security clearance which would be issued by the United States Government. Thereafter, RYAN started an active-duty assignment within the United States Army. on 05/27/2020. RYAN enlisted in the U.S Army as a 13F, Joint Fire Support Specialist. This specific military occupation requires a secret security clearance.

6. On 05/27/2020 RYAN reported to Fort Jackson, SC where he completed basic military combat training. After basic training RYAN reported to Fort Sill, OK for Advanced Individual Training. RYAN was then sent to Fort Benning, GA for U.S Army Airborne school,

2



11/30/2020 to 12/18/2021. Upon completion of training RYAN reported to Fort Bragg, NC and is currently assigned to 2nd Battalion, 319th Airborne Field Artillery Regiment, 2nd Airborne Brigade Combat Team, 82nd Airborne Division.

7. In completing the SF86, RYAN listed his biological father as RICHARD MATTHEW DILLARD, date of birth 12/XX/19XX. In the optional comment block RYAN stated that he hasn't had contact with his father in over 10 years and he is not listed on his birth certificate. On 08/09/2020 the Department of Defense adjudicated RYAN's SF86 and issued him a secret security clearance.

8. DILLARD is a convicted felon with a criminal history in Washington and California for drug violations and auto theft. DILLARD was also denied a firearm purchase in June 2019. Affiant located several of DILLARD's social media accounts which include Instagram account sigurd_fenrisson[1] and Instagram account Sigurdfenrissontattoo. Open-source check of the sigurd_fenrisson account uses as its profile picture a picture of the same individual the affiant has seen in the DMV photo of DILLARD. On 06/17/2019 DILLARD posted a picture of himself, RYAN and a woman at what appears to be RYAN's high school graduation:

*Revision at Affiant direction*



---

[1] The term "Sigurd" is associated with a hero in Norse mythology who slays the dragon Fafnir.

3

Instagram account sigurd_fenrisson has been in contact with numerous accounts associated with racially motivated extremism.

9. Pursuant to legal process RYAN is believed to be the sole person in control of various Instagram accounts. One of the Instagram accounts associated with RYAN is Ace Hole/ace_sigurdson UID 45874416800. Legal process reveled that this account was created using an email account of Killlianmryan@gmail.com and phone number 15416007237. The term "Sigurdsson" is a Norwegian patronymic meaning the son of Sigurd. Additionally, the five specific accounts noted below in paragraph 12 are also tied to RYAN through registration data. Account #4 used the email account Naziace1488@gmail.com during the creation of the account. Accounts 1,2,3 and 5 used RYAN's phone number during the creation of the account. An additional account linked to RYAN, Ace_the_punished UID 34236513921, created the account using RYAN's phone number along with two separate email addresses; both killianmryan@gmail.com and naziace1488@gmail.com,

10. Killianmryan@gmail.com belongs to google account ID 714313190556 with a name of KILLIAN RYAN and recovery phone number of 15419998451. 1549998451 was used on the SF86 by RYAN as his personal telephone number. The phone number 15416007237, used in the establishment of the Instagram account Ace Hole/ace_sigurdson mentioned above, was reported by RYAN on the SF86 as a contact number for his mother.

11. Pursuant to legal process it was determined that the following Instagram accounts associated with RYAN through registration information have been in contact with his biological father's Instagram in the ten-year period during which RYAN asserted he had had no contact:

4



|  | RYAN's Instagram accounts | Messages exchanged with DILLARD at Instagram account Sigurd_fenrisson |
| --- | --- | --- |
| Account #1 | ace.hole_.m.d_v4/ DM to Follow | 148, from Jan to May 2020 |
| Account #2 | ace.hole_m.d_v6/DM IF YOU DON'T HAVE MUTUALS | 19, on Feb. 20. 2020 |
| Account #3 | ace_of_anp_v9 | 5, from Mar 1 to Mar 6, 20202 |
| Account #4 | ace.hole_m.d_v19/ace.isdead_v2 | At least 1, May 11, 2020 |
| Account #5 | ace.hole_midget.detective | 178, from July to Nov 2019 |

12. Legal process also demonstrated that all these Accounts have all been in contact with numerous accounts associated with racially motivated extremism. In fact, on Account # 4, RYAN posted his motivation for joining the Army: "I serve for combat experience so I'm more proficient in killing niggers."

13. As noted above, on both the SF 86 and in creating various Instagram accounts, RYAN reported his cellular telephone number as 541-999-8451. Pursuant to legal process for that phone number (541-999-8451) it was discovered that between 04/01/2020 to 03/23/2021 RYAN had 36 separate phone calls with phone number 206-914-3960. The affiant determined through Accurint and public source information that 206-914-3960 is used by DILLARD. Specifically, and by way of example, the two numbers exchanged calls on April 29, May 1, May 2, May3, and May 5 of 2020, all just prior to RYAN's statements on the submitted SF 86.

14. RYAN used his numerous Instagram accounts and his assigned cellular telephone number to contact his biological father, DILLARD, before and after he filed his SF86. RYAN

5



provided false information on his SF86 which was used to gain a secret security clearance from the United States government.

## CONCLUSION

15. Based on the foregoing, your affiant respectfully asserts there is probable cause to believe that RYAN, in a matter before the executive branch of the government of the UNITED STATES, knowingly and willfully made a false statement in violation of 18 U.S.C. § 1001.

So attested under penalty of perjury, this 25th day of August, 2022.

TYLER J. NEWMAN
Task Force Officer
Federal Bureau of Investigation

On this day, __TYLER J. NEWMAN__ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit.

25 August 2022
DATE

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

6

