UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-MJ-1780-JG

| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
|---|---|
| v. | |
| KILLIAN MACKEITHAN RYAN | |

    Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

    Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

BARBARA D. KOCHER
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on August 30, 2022, using the CM/ECF system which will send notification of such filing to the above.

    Respectfully submitted this 30th day of August, 2022.

                                G. ALAN DuBOIS
                                Federal Public Defender

                                /s/ James E. Todd, Jr.
                                JAMES E. TODD, JR.
                                Assistant Federal Public Defender
                                Attorney for Defendant
                                Office of the Federal Public Defender
                                201 South Evans Street, Suite 153
                                Greenville, North Carolina 27858
                                Telephone: 252-830-2620
                                Fax: 252-830-2232
                                E-mail: Jay_Todd@fd.org
                                N.C. State Bar No. 28832
                                LR 57.1 Counsel Appointed