AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) Case No. 5:22-MJ-1780-JG |
| KILLIAN MACKEITHAN RYAN | ) |
| Defendant | ) |

RECEIVED AUG 26 2022
U.S. Marshals Service, EDNC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KILLIAN MACKEITHAN RYAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

violation of 18 U.S.C. Section 1001

Date: 08/25/2022

*Issuing officer's signature*

City and state: Raleigh, NC

James E. Gates, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/26/2022, and the person was arrested on *(date)* 08/29/2022
at *(city and state)* Raleigh, NC.

Date: 08/29/2022

FOR FBI: *[signature]*
*Arresting officer's signature*

FOR FBI: M. Duris, DUSM
*Printed name and title*

FILED SEP 01 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:22-cr-00225-D-RN Document 11 Filed 09/01/22 Page 1 of 1