UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-MJ-1780-JG

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILLIAN MACKEITHAN RYAN | MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD |

COMES NOW James E. Todd, Jr., attorney for the defendant, Killian MacKeithan Ryan, and respectfully moves this Court for an Order permitting him and the Office of the Federal Public Defender to withdraw as counsel of record for the Defendant. The grounds for this motion are based on the Notice of Appearance entered by Attorney Damon Chetson on September 14, 2022 notifying the court that he is representing the Defendant.

Accordingly, undersigned counsel respectfully requests that this Court grant his Motion to Withdraw.

Respectfully submitted this 15th day of September, 2022.                    .

G. ALAN DuBOIS
Federal Public Defender

/s/ James E. Todd, Jr.
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

BARBARA D. KOCHER
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on September 15, 2022, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 15th day of September, 2022.

G. ALAN DuBOIS
Federal Public Defender

/s/James E. Todd, Jr.
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed