UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CR-225-1D-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| KILLIAN MACKEITHAN RYAN | ) | |

The Grand Jury charges that:

On or about May 15, 2020, in the Eastern District of North Carolina and elsewhere, the defendant, KILLIAN MACKEITHAN RYAN, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, by affirming under penalty of perjury that he had not been in contact with his biological father for the ten years prior to the statement, and that he had not had close or continuing contact with a foreign national to whom he was bound by affection, influence, common interest and obligation, on an Office of Personnel Management (OPM) Security Clearance Application (Form SF-86). The statements and representations were false because as KILLIAN MACKEITHAN RYAN then and there knew, he had been in contact with his father by telephone and over social media throughout that ten-year period, including in the

1

weeks prior to the statement, and he had engaged in significant contact over social media with an individual who had identified himself to KILLIAN MACKEITHAN RYAN as a foreign national. All in violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 9-20-2022

MICHAEL F. EASLEY, JR.
United States Attorney

*Barbara D. Kocher*
BY: BARBARA D. KOCHER
Assistant United States Attorney

2