UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-225-1D

| UNITED STATES OF AMERICA | MOTION TO CONTINUE ARRAIGNMENT AND EXTEND MOTIONS DEADLINE |
|---|---|
| v. | |
| KILLIAN RYAN | |

NOW COMES the Defendant, by and through the undersigned counsel, and MOVES to CONTINUE the Arraignment in the above-captioned matter to later in the October Term of Court. In support of this motion, the undersigned shows to the Court the following:

1. The Defendant was indicted on or about September 20, 2022 with violation of 18 U.S.C. § 1001.

2. By the Scheduling Order (DE 18), the Defendant's Arraignment is now scheduled for November 14, 2022 with a motions deadline for the Defendant now set for 10/25/2022 and a Government response set for 11/7/2022.

3. The Government has transmitted the Discovery to the undersigned.

4. The undersigned has a Wake County murder trial master calendared for 10/24/2022 and a Federal trial before the Hon. Terrence Boyle scheduled that same day, and will be preparing for both depending on which is actually tried.

5. The Government (has been consulted and does not object to this request for a continuance of the Rule 11 Arraignment hearing and extension of pre-trial motions deadline.

6. The undersigned requests a February Term arraignment and motions deadline set for Friday, January 13, 2022 with the Government response due by January 27, 2022.

7. Assuming no new indictment is forthcoming, the undersigned would be prepared to proceed forward to arraignment at that time.

This the 5th day of October 2022.

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this action as identified in the Notice of Electronic Filing generated by this filing by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

Barbara Kocher
U. S. Attorney's Office
150 Fayetteville St.
Suite 2100
Raleigh, NC 27601

Date: October 5, 2022

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 882-7269
E-Mail: damon@chetson.com