UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-225-1D-RN

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| KILLIAN MACKEITHAN RYAN | |

This matter is before the Court on the Office of the Federal Public Defender's motion to withdraw. For good cause shown, the motion is GRANTED. The Office of the Federal Public Defender is hereby ORDERED to withdraw as counsel of record for the defendant, Killian MacKeithan Ryan.

IT IS SO ORDERED.

This the 5 day of December, 2022.

James C. Dever III
United States District Judge