UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-225-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| KILLIAN RYAN | |

This matter having come before the Court on a motion by Counsel for the Defendant to continue the Rule 11 arraignment hearing, and for good cause shown, it is hereby ORDERED that the Defendant's Arraignment now be set for **May 2023** and that the Defendant's motions deadlines in this case be set for **April 13, 2023**, with the Government's response required by **April 27, 2023**.

The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED this the **18** day of January 2023.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE