# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Killian M. Ryan                                          Docket No. 5:22-CR-225-D-RN-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Killian M. Ryan, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 29th day of August, 2022. An Arraignment Hearing is scheduled for the May 2023 term of court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The United States Pretrial Services Office for the District of Oregon reports that since his release to pretrial supervision on August 29, 2022, Killian M. Ryan has remained compliant with the Location Monitoring Program (Curfew) with location monitoring technology as directed by the pretrial services or supervising officer) and has maintained compliance with all other conditions of pretrial release. Based on his compliance with pretrial supervision, Senior U.S. Pretrial Services Officer Lisa Brown in the District of Oregon recommends that pretrial conditions related to participation in a location restriction program and submission to location monitoring technology be removed from the Order Setting Conditions of Release. Assistant United States Attorney Barbara Kocher prefers not to take a position on this request by the probation office.

**PRAYING THAT THE COURT WILL ORDER** the pretrial conditions related to participation in a location restriction program and submission to location monitoring technology be removed from the Order Setting Conditions of Release.

                                                                                    I declare under penalty of perjury that the foregoing is true and correct.

                                                                                   /s/Timothy L. Gupton
                                                                                   Timothy L. Gupton
                                                                                   Senior U.S. Probation Officer
                                                                                   310 New Bern Avenue, Room 610
                                                                                   Raleigh, NC 27601-1441
                                                                                   Phone: 919-861-8686
                                                                                   Executed On: January 18, 2023

Killian M. Ryan
Docket No. 5:22-CR-225-D-RN-1
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered on January 18, 2023. It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge