UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-225-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILLIAN RYAN | MOTION TO CONTINUE ARRAIGNMENT AND EXTEND MOTIONS DEADLINE |

NOW COMES the Defendant, by and through the undersigned counsel, and MOVES to CONTINUE the Arraignment in the above-captioned matter to later in the October Term of Court. In support of this motion, the undersigned shows to the Court the following:

1. The Defendant was indicted on or about September 20, 2022 with violation of 18 U.S.C. § 1001.

2. This matter is currently set for a May arraignment with an April 13th deadline for motions.

3. Defense counsel is continuing to review discovery with his client, and to consider pre-trial motions.

4. This is the third request for an extension and is not intended to unnecessarily delay the proceedings.

5. The undersigned currently has a trial scheduled before this Court on April 24 and likely a multi-week trial scheduled in Wake County for May 22.

6. The Government has been consulted and consents to this request for a continuance of the Rule 11 Arraignment hearing to the July Term of Court and extension of pre-trial motions deadline.

7. The undersigned requests a July Term arraignment and motions deadline set for Friday, June 12, 2023 with the Government response due by April 26, 2023

This the 12th day of April 2023.

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this action as identified in the Notice of Electronic Filing generated by this filing by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

Barbara Kocher
U. S. Attorney's Office
150 Fayetteville St.
Suite 2100
Raleigh, NC 27601

Date: April 12, 2023

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 882-7269
E-Mail: damon@chetson.com