UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-CR-225-1D

UNITED STATES OF AMERICA,

v.

KILLIAN RYAN,

    Defendant.

ORDER

THE COURT ORDERS that a Change of Plea Hearing be set for **January 2024** and instructs the United States Probation Office to begin the preparation of a Pre-Sentence Investigative Report (PSR) for presentation to the Court in advance of the Change of Plea Hearing.

This **29** day of September 2023.

                                                  James C. Dever III
                                                UNITED STATES DISTRICT JUDGE