UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:22-CR-225-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILLIAN RYAN | MOTION TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING |

NOW COMES the Defendant, by and through the undersigned counsel, and MOVES to CONTINUE the Sentencing Hearing and the Change of Plea Hearing currently scheduled for January 18, 2024 at 2:30 pm. In support of this motion, the undersigned shows to the Court the following:

1. The Defendant is charged with violating 18 U.S.C. § 1001 and expected to plead guilty and be sentenced on Thursday, January 18, 2024.

2. The Defendant resides in Oregon and intended to fly out of the Eugene, Oregon airport this weekend, but icing conditions have caused mass cancellations of flights, including the cancellation of the Defendant's initial flight, and the cancellation of his rebooked flight.

3. Weather conditions include additional icing today.

4. Weather conditions are expected improve later this week, but the travel conditions, including the Defendant's travel through Dallas, have also caused delays through the travel system.

5. The undersigned therefore requests that this hearing be continued to a future term of Court so that the defendant can be present. The undersigned advises the Court that he is in trial January 30, 31, and February 1 before the Hon. Richard E. Myers II.

6. The Government has been consulted and <u>does not object</u> to this request for a continuance of the Change of Plea Hearing and Sentencing Hearing.

7. The Defendant understands that any delay occasioned by this continuance would be excluded from Speedy Trial Act computations.

This the 16th day of January 2024.

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant (Retained)
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 887-7269
E-Mail: damon@chetson.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this action as identified in the Notice of Electronic Filing generated by this filing by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

Barbara Kocher
U. S. Attorney's Office
150 Fayetteville St.
Suite 2100
Raleigh, NC 27601

Date: January 16, 2024

/s/ Damon Chetson
Damon J. Chetson
Counsel for the Defendant
NC Bar #39575
19 W. Hargett St., Suite 400
Raleigh, NC 27601
Office: (919) 352-9411
Fax: (919) 882-7269
E-Mail: damon@chetson.com
