| PROB 22 (Rev. 01/24) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transfer Court)* 5:22-CR-225-1D |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 6:24-cr-00268-MC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT EASTERN NORTH CAROLINA | DIVISION Western Division |
|---|---|---|
| **Killian MacKeithan Ryan** (Lane County, Oregon) | NAME OF SENTENCING JUDGE **James C. Dever III** | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/2/2024 | TO 5/1/2027 |
|---|---|---|

OFFENSE

**False Statement or Representation Made to a Department or Agency of the United States, in violation of 18 U.S.C. § 1001(a)**

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

**Subject is a resident of Eugene, Oregon**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this court to the United States District Court for the District of Oregon upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| 7/15/24 | Dever |
|---|---|
| **Date** | **James C. Dever III** **United States District Judge** |

\* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**

   **IT IS HERBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| 7/15/2024 | |
|---|---|
| **Effective Date** | **United States District Judge** |